# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilman, Ronald L. | U. S. Court of Appeals, Sixth Circuit | 3/24/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge (Senior Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

167 North Main Street, Suite 1176
Memphis, TN 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gulf Housing Ltd. Partnership (5 apt. projects in Ala. and Miss.) | A | Interest | J | W | | | | | |
| 2. | C | Rent | | | | | | | |
| 3. FedTrust (formerly Federal Building) Federal Credit Union | A | Interest | L | T | | | | | |
| 4. Schwab Cash & Money Market Sweep (formerly Schwab Cash Reserves) | A | Interest | K | T | | | | | |
| 5. AQR Managed Futures Strategy | D | Dividend | L | T | | | | | |
| 6. ASG Global Alternatives | D | Dividend | L | T | | | | | |
| 7. Blackrock Strategic Income Opportunities Portfolio | A | Dividend | K | T | Buy | 10/21/14 | K | | |
| 8. | | | | | Sold (part) | 12/16/14 | J | A | |
| 9. DFA Emerging Markets Core Equity Portfolio | C | Dividend | M | T | | | | | |
| 10. DFA International Core Equity | D | Dividend | N | T | Buy | 12/16/14 | J | | |
| 11. DFA U.S. Small Cap Value | C | Dividend | L | T | | | | | |
| 12. DFA U.S. Small Cap Value (transfer in kind from IRA #1-see Part VIII) | | | | | | 12/03/14 | K | | |
| 13. Fidelity Cash Reserves | | None | | | Buy | 04/21/14 | N | | |
| 14. | | | | | Sold | 04/22/14 | N | | |
| 15. Fidelity Cash Reserves | | None | | | Buy | 06/24/14 | M | | |
| 16. | | | | | Sold (part) | 06/25/14 | L | | |
| 17. | | | | | Sold | 06/26/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity International Small Cap | | None | | | Sold | 01/27/14 | L | D | |
| 19. Fidelity Mid Cap Enhanced Index | A | Dividend | K | T | Buy | 06/26/14 | K | | |
| 20. Fidelity OTC Portfolio | | None | | | Sold | 04/21/14 | K | D | |
| 21. Fidelity Select Biotechnology | | None | | | Sold | 04/21/14 | L | B | |
| 22. Fidelity Select Materials Portfolio | A | Dividend | | | Sold | 04/21/14 | L | E | |
| 23. Fidelity Small Cap Discovery | | None | | | Sold | 04/21/14 | L | E | |
| 24. Fidelity Worldwide | | None | | | Buy | 01/27/14 | L | | |
| 25. | | | | | Sold | 04/21/14 | L | A | |
| 26. Goldman Sachs N 11 Equity | A | Dividend | L | T | Buy | 02/03/14 | L | | |
| 27. | | | | | Buy | 12/16/14 | K | | |
| 28. Goldman Sachs Strategic Income | B | Dividend | L | T | Sold (part) | 12/16/14 | K | | |
| 29. iShares ETF U.S. Large Cap | B | Dividend | L | T | | | | | |
| 30. iShares S&P Midcap 400 Value | C | Dividend | M | T | Sold (part) | 11/13/14 | K | D | |
| 31. iShares Tr. Russell 3000 Index | D | Dividend | O | T | Sold (part) | 03/13/14 | L | E | |
| 32. | | | | | Sold (part) | 11/13/14 | K | D | |
| 33. JP Morgan Tax Aware Real Return | B | Dividend | K | T | Buy | 11/03/14 | J | | |
| 34. Pimco Enhanced Short Maturity Strategy | A | Dividend | K | T | Sold (part) | 03/13/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Total Return | A | Dividend | | | Sold | 09/26/14 | K | A | |
| 36. Pimco Unconstrained Bond | A | Dividend | | | Buy | 03/13/14 | K | | |
| 37. | | | | | Sold | 09/26/14 | K | A | |
| 38. Powershares S&P 500 High Quality Portfolio | B | Dividend | L | T | Sold (part) | 12/16/14 | J | C | |
| 39. Powershares S&P 500 Low Volatility Portfolio | B | Dividend | L | T | | | | | |
| 40. Stone Ridge Reinsurance Risk Premium | D | Dividend | M | T | | | | | |
| 41. T Rowe Price Summit Int. Term Bond | C | Dividend | M | T | Buy | 03/13/14 | K | | |
| 42. | | | | | Buy | 11/03/14 | K | | |
| 43. Thornburg Ltd. Term Muni | B | Dividend | M | T | Buy | 03/13/14 | J | | |
| 44. | | | | | Buy | 11/03/14 | J | | |
| 45. Vanguard FTSE Emerging Markets | | None | | | Sold | 02/03/14 | L | | |
| 46. Vanguard Ltd. Term Tax Exempt (Admiral Share) | A | Dividend | L | T | Buy | 06/05/14 | L | | |
| 47. Vanguard Meg Cap 300 | B | Dividend | L | T | | | | | |
| 48. Vanguard Short Term Tax Exempt (Investor Share) | A | Dividend | | | Sold | 06/05/14 | K | A | |
| 49. Vanguard Short Term Tax Exempt (Admiral Share) | A | Dividend | | | Buy | 03/14/14 | J | | |
| 50. | | | | | Sold | 06/05/14 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #1 | E | Dividend | N | T | | | | | |
| 53. - Schwab Cash Reserves | | | | | | | | | |
| 54. - Blackrock Strategic Income Opportunities Portfolio | | | | | Buy | 10/21/14 | K | | |
| 55. | | | | | Buy | 11/03/14 | J | | |
| 56. - DFA Int'l Core Equity | | | | | | | | | |
| 57. - DFA Int'l Small Company Port. | | | | | | | | | |
| 58. - DFA U.S. Small Cap Value | | | | | Sold (part) | 11/03/14 | K | D | |
| 59. - DFA U.S. Small Cap Value (partial transfer in kind to reg. acct.) | | | | | | 12/03/14 | K | | |
| 60. - Goldman Sachs Strategic Income | | | | | Buy | 11/03/14 | J | | |
| 61. - JP Morgan Strategic Income Oppty. | | | | | Buy | 11/03/14 | J | | |
| 62. - Pimco Total Return | | | | | Sold | 09/26/14 | J | | |
| 63. - Pimco Unconstrained Bond | | | | | Sold | 09/26/14 | K | | |
| 64. | | | | | | | | | |
| 65. IRA #2 | C | Dividend | M | T | | | | | |
| 66. - Schwab Cash Reserves | | | | | | | | | |
| 67. - DFA Int'l Small Company Portfolio | | | | | Buy | 12/16/14 | J | | |
| 68. - DFA U.S. Small Cap Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Goldman Sachs Strategic Income | | | | | | | | | |
| 70. - iShares MSCI U.S. Minimum Volatility Index | | | | | | | | | |
| 71. -Vanguard Meg Cap 300 | | | | | Sold (part) | 12/16/14 | J | C | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The required distribution from IRA #1 was handled by the transfer in kind of shares from DFA U.S. Small Cap Value from IRA #1 (see line 59 on Part VII) to my general brokerage account (see line 12 on Part VII).

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/24/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald L. Gilman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544